UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA



FILED
OCT 07 2016
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA ) <br> FOR AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) ) <br> ) | MJ 16-78-M-JCL <br><br> **Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2703(d), requesting that the Court issue an Order requiring Cellco Partnership, d.b.a. Verizon Wireless, an electronic communications service provider and/or a remote computing service located in Bedminster, New Jersey, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

The Court determines that there is reason to believe that notification of the existence of this Order would cause the premature disclosure of this investigative technique to potential co-conspirators against whom evidence is still being gathered. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 2703(d), that Cellco Partnership, d.b.a. Verizon Wireless, shall, within ten days of the date of

this Order, disclose to the United States the records and other information described in Attachment A to this Order.

IT IS FURTHER ORDERED under 18 U.S.C. § 2705(b) that Cellco Partnership, d.b.a. Verizon Wireless, shall not disclose the existence of the application of the United States, or the existence of this Order of the Court, to the subscribers of the account(s) listed in Attachment A, or to any other person, unless and until otherwise authorized to do so by the Court, except Cellco Partnership, d.b.a. Verizon Wireless, may disclose this Order to an attorney for Cellco Partnership, d.b.a. Verizon Wireless, for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated this 7th day of October, 2016.

*[signature]*
JEREMIAH C. LYNCH
United States Magistrate Judge